# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MARICE S. NALLS

NO. 2024 KW 0718

**NOVEMBER 18, 2024**

---

In Re:    Marice S. Nalls, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          07-07-0697.

---

BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.

   **WRIT DENIED.**

                              MRT
                              WRC
                              CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT